UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LEONEL CAZARES** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:17-CV-167** |
| | § | |
| **ALLSTATE FIRE AND CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendants*. | § | |

## AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 15(B) of the Court's Local Rules, Plaintiff Leonel Cazares and Defendant Allstate Fire and Casualty Insurance Company, (collectively, "the Parties") hereby file their agreed Amended Joint Stipulation of Dismissal With Prejudice. Plaintiff no longer desires to pursue this suit against Defendant and desires to dismiss all claims against Defendant in this cause with prejudice to refiling same. Parties will bear their own costs.

WHEREFORE, the Parties respectfully request that the Court dismiss all causes of action against Defendant, with prejudice to refiling same.

Respectfully submitted,

By: */s/ Robert E. Valdez*
    **Robert E. Valdez**
    State Bar No. 20428100
    revaldez@valdeztrevino.com
    **Elena P. Serna**
    State Bar No. 20472335
    eserna@valdeztrevino.com

        **VALDEZ & TREVIÑO, ATTORNEYS AT LAW, P.C.**
        Callaghan Tower
        8023 Vantage Drive, Suite 700
        San Antonio, Texas 78230
        Telephone: (210) 598-8686
        Facsimile: (210) 598-8797
        *Attorneys for Defendant Allstate Fire and Casualty Insurance Company*

        **GREEN & BARTON**

By: */s/ Roy J. Elizondo, III*
        **Roy J. Elizondo, III**
        State Bar No. 24036519
        relizondo@GBTriallaw.com
        Robert D. Green
        State Bar No. 08368025
        green@greentriallaw.com
        Daniel P. Barton
        State Bar No. 00789774
        dbarton@bartonlawgroup.com
        1201 Shepherd Drive
        Houston, Texas 77007
        Telephone: (713) 227-4747
        Facsimile: (713) 621-5900
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was filed via the Court's *ECF system* and caused to be served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on July 19, 2018:

Roy J. Elizondo, III
Robert D. Green
Daniel P. Barton
**GREEN & BARTON**
1201 Shepherd Drive
Houston, Texas 77007
*Counsel for Plaintiff*

        */s/ Elena P. Serna*
        **Elena P. Serna**